October 22, 2010

Mr. Patrick Gregory O'Brien
Akin Gump Strauss Hauer & Feld, LLP.
1700 Pacific Ave. Suite 4100
Dallas, TX 75201

Mr. Jay L. Nye
Attorney at Law
3364 Guthrie
El Paso, TX 79930
Mr. James P. Sullivan
Assist. Attorney General
Office of the Attorney General
P.O. Box 12548 MC 059
Austin, TX 78711

RE: Case Number: 09-0465
 Court of Appeals Number: 08-07-00132-CV
 Trial Court Number: 2005-5667

Style: JAMES LEE SWEED
 v.
 JAY L. NYE ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Gilbert |
| |Sanchez |
| |Ms. Denise |
| |Pacheco |